# ROBERT MEGERDICHIAN
## & ASSOCIATES
Buildings Measured and Drawn

December 20, 2016

Hon. Douglas P. Woodlock
U.S. District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Dear Judge Woodlock:

Thank you for heeding my plea for leniency (letter of October 3, 2016) on behalf of Mr. Edward Tutunjian, and for not sentencing him to incarceration.

Certainly his family is relieved, as am I, his long time friend from St. Stephen's Armenian Church in Watertown, MA.  I expect to continue to see him at church each Sunday.

I understand that Edward's actions were not proper, and am certain that he will learn from the sentence that you gave him.  Thank you again.

I wish you the best for the holidays and New Year.


Sincerely,

*[signature]*

Robert Megerdichian

---

ROBERT MEGERDICHIAN, RPA, FMA
875 Massachusetts Avenue
Suite 45
Cambridge, MA 02139-3067

(617) 547-1726
FAX (617) 547-2331
www.cadcafmservices.com
measureanddraw@verizon.net